USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __1/4/22__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Carmody,

        Plaintiff,

–v–

Verizon New York, Inc.,

        Defendant.

21-cv-7235 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The initial pretrial conference scheduled for January 7, 2022, Dkt. No. 6, is hereby adjourned sine die.

SO ORDERED.

Dated: January 4, 2022
       New York, New York

                                  ALISON J. NATHAN
                                  United States District Judge